## STATE COURT OF APPEALS—Continued

No. 351
HALLE BROS. CO v. ELLEN RALLS
Ohio Appeals, 8th Dist., Cuyahoga County
Decided Feb. 16, 1924

**829. NEGLIGENCE** — Testimony as to snow, slush and ice in a heated vestibule several days prior to an accident, not admissible to show slippery condition of the vestibule floor on day of accident.

Chittenden, Kinkade and Richards, JJ., sitting

CHITTENDEN, J.          Epitomized Opinion
Published Only in Ohio Law Abstract

Ellen Ralls brought an action against the Halle Bros. Co. in the Common Pleas Court to recover damages for injuries sustained in a fall which she charged was due to the negligence of the Halle Bros. Co. in permitting snow, slush and ice to accumulate on the mat in the vestibule of the entrance of their store. The trial resulted in a verdict in favor of Ellen Ralls in the sum of $7,500, and a reversal is sought in this court.

Two questions of fact were in dispute:

1. Whether there was at the time of the accident a defective condition of the entrance due to an accumulation of snow and ice.

2. If so, whether the defendant had knowledge of such coidition.

The trial court permitted a sister of Ellen Ralls to testify as to the condition of the vestibule as she observed it on several days between January 1, 1922, and January 14, 1922, the day of the accident, and one of the questions in the Court of Appeals was as to the competency of this testimony. The Court of Appeals held:

Evidence of the witness that snow, slush and ice was found in the vestibule several days previous to the accident was not competent and should have been excluded, and the admission of such evidence constituted prejudicial error.

The judgment will be reversed and the cause remanded for a new trial.

Attorneys—J. R. Kistner, for Ralls; Charles T. Rich, for The Halle Bros. Co., both of Cleveland.

No. 352
RALLS v. HALLE BROS. CO.
Ohio Appeals, 8th Dist., Cuyahoga County
No. 5042. Decided Feb. 20, 1924

**629. NEGLIGENCE**—Jury is properly instructed on contributory negligence raised as issue by evidence as well as when especially pleaded.

Chittenden, Kinkade and Richards, JJ., sitting

CHITTENDEN, J.     Epitomized Opinion
Published Only in Ohio Law Abstract

Ralls sued Halle Bros. to recover for the loss of the services of his wife and for expenditures made by him for doctors and hospital bills as the result of injuries sustained by her through the alleged negligence of the Halle Bros. The jury returned a verdict for Halle Bros. The court charged the jury upon the subject of conributory negligence, even though it was not specifically pleaded in the answer. In affirming the judgment, the Court of Appeals held:

1. "When the issue of contributory negligence is raised by evidence properly offered by the parties, the issue thus raised is to be determined by the same rules as to burden of proof and otherwise as if made by the pleadings. 90 OS. 183."

Attorneys—C. T. Rich, for Ralls; J. R. Kistner, for Halle Bros. Co.